IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| ROBERTSHAW US HOLDING CORP., *et al.*, | Case No. 24-90052 (CML) |
| Debtors.[1] | (Jointly Administered) |
| ROBERTSHAW US HOLDING CORP., *et al.*, | Adversary Proc. No. 24-03024 (CML) |
| Plaintiffs, |  |
| v. |  |
| INVESCO SENIOR SECURED MANAGEMENT INC., *et al.*, |  |
| Defendants |  |

**DEBTORS' AGENDA OF MATTERS SET
FOR HEARING ON APRIL 30, 2024**[2]

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file this Agenda of matters set for hearing on **April 30, 2024, at 1:00 p.m. (prevailing Central Time)** before the Honorable United States Bankruptcy Judge Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 401, 515 Rusk

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Range Parent, Inc. (7956); Robertshaw US Holding Corp. (1898); Robertshaw Controls Company (9531); Burner Systems International, Inc. (8603); Robertshaw Mexican Holdings LLC (9531); Controles Temex Holdings LLC (9531); Universal Tubular Systems, LLC (8603); and Robertshaw Europe Holdings LLC (8843). The primary mailing address used for each of the foregoing debtors is 1222 Hamilton Parkway, Itasca, Illinois 60143.

[2] With respect to docket references herein, "Docket No." refers to filings in the above-captioned chapter 11 cases, and "Invesco Docket No." refers to filings in the above-captioned Adversary Proceeding No. 24-03024.

Street, Houston, Texas 77002.  You may participate in the hearing either in person or by an audio and video connection.

Audio communications will be by use of the Court's dial-in facility.  You may access the facility at (832) 917-1510.  Once connected, you will be asked to enter the conference room number.  Judge Lopez's conference room number is 590153.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Lopez's home page.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

1. **Invesco's Motion to Abstain or Transfer Venue**. Defendants and Counterclaim Plaintiffs' Emergency Motion to Abstain or, in the Alternative, Transfer Venue [Invesco Docket No. 55]

    Status:          This matter is going forward on a contested basis.

    Responses:

    a. **Debtors' Opposition**. Debtor Robertshaw US Holding Corp.'s Opposition to Defendants and Counterclaim Plaintiffs' Emergency Motion to Abstain or, in the Alternative, Transfer Venue [Invesco Docket No. 140]

    b. **AHG's Objection**. Ad Hoc Group's Objection to Defendants' and Counterclaim Plaintiffs' Emergency Motion to Abstain or, in the Alternative, Transfer Venue [Invesco Docket No. 144]

    c. **ORC's Objection**. Plaintiff One Rock Capital Partners, LLC's Objection to Invesco's Emergency Motion to Abstain or, in the Alternative, Transfer Venue [Invesco Docket No. 145]

    d. **Invesco's Reply**. Invesco's Reply in Further Support of Emergency Motion to Abstain or, in the Alternative, Transfer Venue [Invesco Docket No. 167]

    Related Documents:

    a. **AHG's Witness and Exhibit List**.  Witness and Exhibit List [Invesco Docket No. 156]

    b. **Debtors' Witness and Exhibit List**.  Debtors' Witness and Exhibit List [Invesco Docket No. 157]

2

    c. ***ORC's Witness and Exhibit List.*** Witness and Exhibit List for Hearing on April 30, 2024 at 1:00 p.m. (CT) [Invesco Docket No. 158][3]

    d. ***Invesco's Witness and Exhibit List***. Invesco's Witness and Exhibit List for April 30, 2024 Hearing [Invesco Docket No. 164][4]

    e. ***Invesco's Amended Witness and Exhibit List***. Invesco's Amended Witness and Exhibit List for April 30, 2024 Hearing [Invesco Docket No. 173][5]

2. ***One Rock's Motion for Judgment on the Pleadings***. Plaintiff One Rock Capital Partners, LLC's Motion for Judgment on the Pleadings [Invesco Docket No. 54]

    Status:    This matter is going forward on a contested basis.

    Responses:

        a. ***Invesco's Opposition***. Defendants' and Counterclaim Plaintiffs' Opposition to Plaintiff One Rock Capital Partners, LLC's Motion for Judgment on the Pleadings [Invesco Docket No. 118][6]

        b. ***ORC's Reply***. Plaintiff One Rock Capital Partners, LLC's Reply in Support of Its Motion for Judgment on the Pleadings [Invesco Docket No. 169][7]

    Related Documents:

        a. ***ORC's Witness and Exhibit List.*** Witness and Exhibit List for Hearing on April 30, 2024 at 1:00 p.m. (CT) [Invesco Docket No. 158][8]

        b. ***Invesco's Witness and Exhibit List***. Invesco's Witness and Exhibit List for April 30, 2024 Hearing [Invesco Docket No. 164][9]

3. ***Invesco's Motion to Compel***. Defendants and Counterclaim Plaintiffs' Emergency Motion to Compel Documents from the Debtors and Lender Plaintiffs. [Invesco Docket No. 141][10]

---

[3] This witness and exhibit list was also filed under seal at Invesco Docket No. 159.

[4] This witness and exhibit list was also filed under seal at Invesco Docket No. 166.

[5] This witness and exhibit list was also filed under seal at Invesco Docket No. 175.

[6] This opposition was also filed under seal at Invesco Docket No. 120.

[7] This reply was also filed under seal at Invesco Docket No. 168.

[8] This witness and exhibit list was also filed under seal at Invesco Docket No. 159.

[9] This witness and exhibit list was also filed under seal at Invesco Docket No. 166.

[10] This motion was also filed under seal at Invesco Docket No. 143.

Status**:**   This matter is going forward on a contested basis.

Responses:

    a. ***Debtors' Opposition***. Robertshaw's Opposition to Defendants and Counterclaim Plaintiffs' Emergency Motion to Compel Documents from the Debtors and Lender Plaintiffs [Invesco Docket No. 153][11]

    b. ***AHG's Opposition***. Ad Hoc Group's Opposition to Defendants and Counterclaim Plaintiffs' Emergency Motion to Compel Documents from the Debtors and Lender Plaintiffs [Invesco Docket No. 151]

Related Documents:

    a. ***Invesco's Certificate of Conference***. Certificate of Conference Regarding Defendants and Counterclaim Plaintiffs' Emergency Motion to Compel Production of Documents [Invesco Docket No. 172]

4. ***Debtors' Proposed Stipulated Protective Order***. Notice of Filing of Proposed Stipulated Protective Order [Docket No. 468]

Status**:**   The Debtors understand that Invesco, the Ad Hoc Group[12], and One Rock[13], as previewed at the April 26, 2024 hearing, intend to have this matter go forward as a status conference.

Responses:

    a. ***Invesco's Objection***. Invesco Senior Secured Management, Inc.'s Limited Objection to Plaintiffs' Proposed Protective Order [Docket No. 475][14]

    b. ***AHG's and ORC's Reply***. Plaintiffs' Reply in Support of Proposed Protective Order [Docket No. 487]

*[Remainder of this page left intentionally blank.]*

---

[11] The opposition was also filed under seal at Invesco Docket No. 152.

[12] "Ad Hoc Group" means, collectively, Bain Capital, L.P., Canyon Capital Advisors LLC, and Eaton Vance Management.

[13] One Rock Capital Partners, LLC ("ORC").

[14] This limited objection was also filed under seal at Docket No. 477.

Dated: April 29, 2024

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@HuntonAK.com
ashleyharper@HuntonAK.com
pguffy@HuntonAK.com

- and -

George A. Davis (NY Bar No. 2401214)
George Klidonas (NY Bar No. 4549432)
Adam S. Ravin (NY Bar No. 4079190)
Misha E. Ross (NY Bar No. 5412747)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
george.klidonas@lw.com
adam.ravin@lw.com
misha.ross@lw.com

*Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on April 29, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II