IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ROBERTSHAW US HOLDING CORP., *et al.*, | : | Case No. 24-90052 (CML) |
| Debtors.[1] | : | (Jointly Administered) |
| ROBERTSHAW US HOLDING CORP., *et al.*, | : | Adversary Proc. No. 24-03024 (CML) |
| Plaintiffs, | : | |
| v. | : | |
| INVESCO SENIOR SECURED MANAGEMENT, INC., *et al.*, | : | |
| Defendants | : | |

**NOTICE OF PRE-TRIAL CONFERENCE TO BE HELD ON
MAY 17, 2024 AT 11:00 AM (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that a pre-trial conference will be held on **May 17, 2024, at 11:00 a.m. (prevailing Central Time)** (the "Hearing") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in Courtroom 401 of the United States Bankruptcy Court, 515 Rusk Street, Houston, Texas 77002.

You may attend the Hearing either in person or by audio/video communication. Audio communication will be by use of the Court's dial-in-facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

Video communication will be by the use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Range Parent, Inc. (7956); Robertshaw US Holding Corp. (1898); Robertshaw Controls Company (9531); Burner Systems International, Inc. (8603); Robertshaw Mexican Holdings LLC (9531); Controles Temex Holdings LLC (9531); Universal Tubular Systems, LLC (8603); and Robertshaw Europe Holdings LLC (8843). The primary mailing address used for each of the foregoing debtors is 1222 Hamilton Parkway, Itasca, Illinois 60143.

is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

All documents filed in these chapter 11 cases and the above-captioned adversary proceeding and other relevant case information are available free of charge on the following website maintained by the Debtors' claims, balloting, and noticing agent, Kroll Restructuring Administration LLC, in connection with the Chapter 11 Cases: https://cases.ra.kroll.com/Robertshaw/. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank.*]

Dated: May 13, 2024

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@HuntonAK.com
ashleyharper@HuntonAK.com
pguffy@HuntonAK.com

- and -

George A. Davis (NY Bar No. 2401214)
George Klidonas (NY Bar No. 4549432)
Adam S. Ravin (NY Bar No. 4079190)
Misha E. Ross (NY Bar No. 5412747)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
george.klidonas@lw.com
adam.ravin@lw.com
misha.ross@lw.com

*Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on May 13, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II